# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALEED THOMAS,<br>Defendant. | CRIMINAL ACTION<br>No. 06-450 |

## **O R D E R**

**AND NOW**, this 19th day of October, 2006, it is hereby **ORDERED** that the government shall, and the defendant may, file a plea memorandum no later than **October 23, 2006**.[1]

BY THE COURT:

/s/ Marvin Katz

_____

MARVIN KATZ, S.J.

---

[1] The statement of facts in the plea memorandum should include any proposed aggravating factors that would affect sentencing.